# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 1167

VERSUS

EDDIE LANG

**JANUARY 17, 2023**

---

In Re:    Eddie Lang, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 22-WCR-080.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

> **MRT**
> **WRC**
> **CHH**

COURT OF APPEAL, FIRST CIRCUIT

a.Sn

---

DEPUTY CLERK OF COURT
FOR THE COURT